UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
  SQUARE FUNDING CALI LLC,

                              Plaintiff,

          v.

                                       Adv. Pro. No. 24-1083-jmm
  VARALUZ LLC,

                              Defendant.
--------------------------------------------------------x

### ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE TRANSFERRED TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**WHEREAS**, Varaluz, LLC and Ronald Franklin Henderson are defendants in an action captioned *Square Funding Cali LLC v. Varaluz LLC and Ronald Franklin Henderson*, Index Number 537502/2023 that was pending in the Supreme Court of New York, County of Kings ("State Court Action"); and

**WHEREAS**, Varaluz, LLC and Ronald Franklin Henderson removed the State Court Action to the United States District Court for the Eastern District of New York; and

**WHEREAS**, the United States District Court for the Eastern District of New York referred the proceeding to this Court; and

**WHEREAS**, Varaluz, LLC is a debtor and debtor-in-possession in a case filed under subchapter V, chapter 11, Title 11 of the United States Code, captioned *In re Varaluz, LLC*, Case No. 24-13181-hlb, pending in the United States Bankruptcy Court for the District of Nevada; and

**WHEREAS**, it appears this adversary proceeding should be transferred to the United States Bankruptcy Court for the District of Nevada in the interests of justice, judicial economy, and for the convenience of the parties.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the parties to this adversary proceeding show cause as to why this adversary proceeding should not be transferred to the United States Bankruptcy Court for the District of Nevada at a hearing before Judge Jil Mazer-Marino of the United States Bankruptcy Court, Eastern District of New York, 271-C, Courtroom 3529, Cadman Plaza East, Brooklyn, New York 11201 on **November 13, 2024 at 1:30 p.m.** (the "Hearing"); and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order by first class mail on the parties on the attached service list.

Dated: October 25, 2024
Brooklyn, New York

Jil Mazer-Marino
United States Bankruptcy Judge

## SERVICE LIST

GARMAN TURNER GORDON LLP
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

TALITHA GRAY KOZLOWSKI
BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO ST, STE 210
LAS VEGAS, NV 89119

VARALUZ, LLC
4445 HARMON COVE COURT, SUITES 4-6
LAS VEGAS, NV 89103

VARALUZ, LLC
7715 SPANISH BAY DR
LAS VEGAS, NV 89113

DAVID FOGEL
DAVID FOGEL P.C.
1225 FRANKLIN AVENUE, STE 201
GARDEN CITY, NY 11530

STEVEN WILLIAM WELLS
WELLS LAW P.C.
229 WARNER RD
LANCASTER, NY 14086

DAIVD M. KASSELL
KASSELL LAW FIRM
1038 JACKSON AVENUE #4
LONG ISLAND CITY, NY 11101