# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 10/25/2024
Case: 1−24−01083−jmm     Form ID: pdf000     Total: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| ust | Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green    Room 510    New York, NY 10004−1408 | |
| ust | United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 | |
| ust | United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 | |
| ust | United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 | |
| ust | Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408 | |
| ust | United States Trustee    Office of the United States Trustee – NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 | |
| | GARMAN TURNER GORDON LLP    7251 AMIGO ST., STE. 210    LAS VEGAS, NV 89119 | |
| | TALITHA GRAY KOZLOWSKI    BANKRUPTCY RECOVERY GROUP, LLC    7251 AMIGO ST, STE 210    LAS VEGAS, NV 89119 | |
| | VARALUZ, LLC    4445 HARMON COVE COURT, SUITES 4−6    LAS VEGAS, NV 89103 | |
| | VARALUZ, LLC    7715 SPANISH BAY DR    LAS VEGAS, NV 89113 | |
| | DAVID FOGEL    DAVID FOGEL P.C.    1225 FRANKLIN AVENUE, STE 201    GARDEN CITY, NY 11530 | |
| | STEVEN WILLIAM WELLS    WELLS LAW P.C.    229 WARNER RD    LANCASTER, NY 14086 | |
| | DAVID M. KASSELL    KASSELL LAW FIRM    1038 JACKSON AVENUE #4    LONG ISLAND CITY, NY 11101 | |

                                                                            TOTAL: 13